IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MAURICE BURTON,**  Plaintiff  v.  **PENNSYLVANIA STATE POLICE, and KATHY JO WINTERBOTTOM,**  Defendants | **CASE NO. 1:11-CV-1968**  **JUDGE SYLVIA H. RAMBO** |

## **ORDER**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendants' motion for summary judgment (Doc. 38) is **GRANTED**.

The Clerk of Court is directed to enter judgment in favor of Defendants and against Plaintiff.

The Clerk of Court shall close the case.

                                                          s/Sylvia H. Rambo
                                                          SYLVIA H. RAMBO
                                                      United States District Judge

Dated: January 2, 2014.